JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE R. HALVORSON, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 8:20-cv-00915-JLS-DFMx<br><br>**JUDGMENT** |

　　　The Court having granted in part Plaintiff DALE R. HALVORSON's ("HALVORSON" or "PLAINTIFF"), Motion for Attorneys' Fees, Paralegal Fees, and Costs, hereby ORDERS:

- Plaintiff is the prevailing party;
- Plaintiff is entitled to attorney's fees for:
    - 19.7 hours reasonably billed by Attorney, Jim O. Whitworth at reasonable hourly rate of $550.00 an hour to total: $10,835.00;

- - 8.7 hours reasonably billed for paralegal time at a reasonable hourly rate of $140.00 an hour to total: $1,218.00
- The Court denies costs without prejudice to Plaintiff filing an application pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Rules 54-2 and 54-3.

- **Total Judgment Awarded:** <u>**$12,053.00**</u>

Dated: <u>April 09, 2021</u>

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE